UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|                                         |   |                            |
|-----------------------------------------|---|----------------------------|
| CNF INC.,                               | ) |                            |
|                                         | ) | No. C 05-3236 BZ           |
| Plaintiff(s),                           | ) |                            |
|                                         | ) |                            |
| v.                                      | ) |                            |
|                                         | ) | **ORDER RESCHEDULING HEARING** |
| CONWAYCORPORATION.COM, et al.,          | ) |                            |
|                                         | ) |                            |
| Defendant(s).                           | ) |                            |

Due to the Court's unavailability, **IT IS ORDERED** that the hearing on defendants' Motion to Dismiss, presently scheduled for November 16, 2005, is advanced to **November 9, 2005 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. **IT IS FURTHER ORDERED** that plaintiff's opposition shall be filed by **October 19, 2005.** Any reply shall be filed by **October 26, 2005.**

DATED: September 29, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CNF\ADVANCE HEARING.ORDER.wpd

1