1  ANDREW J. GRAY IV (CA Bar No. 202137)
   BRUNO TARABICHI (CA Bar No. 215129)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2212
4  Tel:  650.843.4000
   Fax:  650.843.4001
5
   Attorneys for Plaintiff
6  CNF Inc.

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

| CNF Inc.,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>CONWAYCORPORATION.COM, CON-WAYCENTRAL.COM, CON-WAYCENTRALEXPRESS.COM, and MENLOWORLDWIDEFORWARDING.COM,<br><br>　　　　　Defendants. | Case No. C 05 03236<br><br>**STIPULATION REQUESTING CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE TO MARCH 31, 2006** |
|---|---|

   Pursuant to Local Rules 7-12 and 16-2(d), IT IS HEREBY STIPULATED AND AGREED, by and between the parties' undersigned counsel, subject to the Court's approval, that the Initial Case Management Conference be continued from December 16, 2005 at 8:30 a.m. to March 31, 2006 at 8:30 a.m.and that the Joint Case Management Statement be due ten days before the March 31, 2006 Case Management Conference.

   Good cause exists for the continuance request as the parties have agreed in principle to a settlement of the matter and need the additional time to finalize a written agreement, which, if completed, will obviate the need for a Case Management Conference.

//

//

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 8, 2005 | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | | |
| 4 | | By   /s/ Bruno Tarabichi |
| 5 | | Andrew J. Gray |
| | | Bruno Tarabichi |
| 6 | | Attorneys for Plaintiff |
| | | CNF Inc. |
| 7 | | |
| 8 | Dated: December 8, 2005 | LAW OFFICES OF MATTHEW L. KABAK |


1

2   Dated:  December 8, 2005                MORGAN, LEWIS & BOCKIUS LLP

3

4                                           By   /s/ Bruno Tarabichi
5                                              Andrew J. Gray
                                               Bruno Tarabichi
6                                              Attorneys for Plaintiff
                                               CNF Inc.
7
    Dated:  December 8, 2005                LAW OFFICES OF MATTHEW L. KABAK
8

9
                                            By   /s/ Matthew L. Kabak
10                                             Matthew L. Kabak
                                               Attorneys for Defendants
11

12  PURSUANT TO THE STIPULATION, IT IS SO ORDERED

13  Date: Dec. 12, 2005

14                                          Honorable Judge Charles R. Breyer

**APPROVED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1-PA/3568092.1

2

STIPULATION