1  ANDREW J. GRAY IV (CA Bar No. 202137)
   BRUNO TARABICHI (CA Bar No. 215129)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2212
4  Tel:  650.843.4000
   Fax:  650.843.4001
5
   Attorneys for Plaintiff
6  CNF Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 CNF Inc.,

12              Plaintiff,                    Case No. C 05 03236

13         vs.                                **STIPULATION REQUESTING**
14 CONWAYCORPORATION.COM, CON-                **CONTINUANCE OF THE**
   WAYCENTRAL.COM, CON-                       **INITIAL CASE**
15 WAYCENTRALEXPRESS.COM, and                 **MANAGEMENT**
   MENLOWORLDWIDEFORWARDING.COM,              **CONFERENCE TO MAY 26,**
16                                            **2006**
                Defendants.
17

18
         Pursuant to Local Rules 7-12 and 16-2(d), IT IS HEREBY STIPULATED AND
19
   AGREED, by and between the parties' undersigned counsel, subject to the Court's approval, that
20
   the Initial Case Management Conference be continued from March 31, 2006 at 8:30 a.m. to May
21
   26, 2006 at 8:30 a.m.and that the Joint Case Management Statement be due ten days before the
22
   May 26, 2006 Case Management Conference.
23
         Good cause exists for the continuance request as the parties have agreed in principle to a
24
   settlement of the matter and need the additional time to finalize a written agreement, which, if
25
   completed, will obviate the need for a Case Management Conference.
26
   //
27
   //
28

1-PA/3579301.1                                                                    STIPULATION

| | | |
|---|---|---|
| 1 | Dated: March 15, 2006 | MORGAN, LEWIS & BOCKIUS LLP |

By   /s/ Bruno Tarabichi
Andrew J. Gray
Bruno Tarabichi
Attorneys for Plaintiff
CNF Inc.

Dated: March 15, 2006                     LAW OFFICES OF MATTHEW L. KABAK

By   /s/ Matthew L. Kabak
Matthew L. Kabak
Attorneys for Defendants

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Date: March 16, 2006

_____
Honorable Judge Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA