MATTHEW L. KABAK, SBN 212505
**LAW OFFICES OF MATTHEW L. KABAK**
One Embarcadero Center, 12th Fl.
San Francisco, California 94111
Telephone: (415) 732-3734
Facsimile:  (415) 732-3730
Email: matt@mattkabak.com

Attorney for Defendants:
CONWAYCORPORATION.COM, CONWAYCENTRAL.COM, CONWAYCENTRALEXPRESS.COM, AND MENLOWORLDWIDEFORWARDING.COM

ANDREW GRAY IV, SBN 202137
BRUNO TARABICHI, SBN 215129
**MORGAN, LEWIS & BOCKIUS, LLP**
2 Palo Alto Square
3000 El Camino Real, Ste. 700
Palo Alto, CA 94306-2212
Telephone: (650) 843-4000
Facsimile:  (650) 843-4001

Attorneys for Plaintiff
CNF Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CNF Inc., | Case No.: C 05 03236-CRB |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS TO OCTOBER 27, 2006; AND [PROPOSED] ORDER** |
| vs. | |
| CONWAYCORPORATION.COM, CONWAYCENTRAL.COM, CONWAYCENTRALEXPRESS.COM, AND MENLOWORLDWIDEFORWARDING.COM | Date: April 28, 2006
Time: 10:00 a.m.
Courtroom 8, 19th Fl. |
| Defendants. | The Honorable Judge Charles R. Breyer |

1  Plaintiff CNF, Inc. and Defendants CONWAYCORPORATION.COM,
2  CONWAYCENTRAL.COM, CONWAYCENTRALEXPRESS.COM, and
3  MENLOWORLDWIDEFORWARDING.COM, by their attorneys, and pursuant to Civil Local
4  Rules 6-1 and 7-7(a), herewith stipulate to continue the hearing on Defendants' motion to
5  dismiss from April 28, 2006 at 10:00 a.m. to **October 27, 2006 at 10:00 a.m**.  In this regard, this
6  stipulation continuing the hearing date is being filed prior to the date on which Plaintiff's
7  opposition is due.
8  Good cause exists for this continuance request as the parties have agreed in principle
9  to a settlement of the matter and need the additional time to finalize a written agreement, which,
10 if completed, will obviate the need for a hearing on Defendants' motion to dismiss.
11 DATED: March 21, 2006

LAW OFFICES OF MATTHEW L. KABAK

By:___/s/_____
   Matthew L. Kabak
   One Embarcadero Center, 12th Fl.
   San Francisco, CA 94111
   Tel.: 415-732-3734
   Fax:  415-732-3730

   Attorney for Defendants:
   CONWAYCORPORATION.COM,
   CONWAYCENTRAL.COM,
   CONWAYCENTRALEXPRESS.COM, AND
   MENLOWORLDWIDEFORWARDING.COM

DATED: March 21, 2006

MORGAN, LEWIS & BOCKIUS, LLP

By:____/s/_____
   Bruno Tarabichi
   3000 El Camino Real, Ste. 700
   Palo Alto, CA 94306-2212
   Tel.: 650-843-4000
   Fax : 650-843-4001

   Attorneys for Plaintiff, CNF Inc.

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED

2  Dated: March  22 , 2006                    _____
                                              HONORABLE JUDGE CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS
CASE NO. C-05 03236-CRB