1  ANDREW J. GRAY IV (CA Bar No. 202137)
   BRUNO TARABICHI (CA Bar No. 215129)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2212
4  Tel:  650.843.4000
   Fax:  650.843.4001
5
   Attorneys for Plaintiff
6  CNF Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  CNF Inc.,

12                  Plaintiff,                    Case No. C 05 03236

13         vs.                                    **STIPULATION REQUESTING
                                                  CONTINUANCE OF THE
14  CONWAYCORPORATION.COM, CON-                   INITIAL CASE
    WAYCENTRAL.COM, CON-                          MANAGEMENT
15  WAYCENTRALEXPRESS.COM, and                    CONFERENCE TO
    MENLOWORLDWIDEFORWARDING.COM,                 OCTOBER 13, 2006**
16
                    Defendants.
17

18       Pursuant to Local Rules 7-12 and 16-2(d), IT IS HEREBY STIPULATED AND

19  AGREED, by and between the parties' undersigned counsel, subject to the Court's approval, that

20  the Initial Case Management Conference be continued from June 30, 2006 at 8:30 a.m. to October

21  13, 2006 at 8:30 a.m.and that the Joint Case Management Statement be due ten days before the

22  October 13, 2006 Case Management Conference.

23       Good cause exists for the continuance request as the parties have agreed in principle to a

24  settlement of the matter and need the additional time to finalize a written agreement, which, if

25  completed, will obviate the need for a Case Management Conference.

26  //

27  //

28

1-PA/3592389.1                                                                    STIPULATION

| | | |
|---|---|---|
| 1 | Dated: June 15, 2006 | MORGAN, LEWIS & BOCKIUS LLP |

By    /s/ Bruno Tarabichi
     Andrew J. Gray
     Bruno Tarabichi
     Attorneys for Plaintiff
     CNF Inc.

Dated: June 15, 2006      LAW OFFICES OF MATTHEW L. KABAK

By    /s/ Matthew L. Kabak
     Matthew L. Kabak
     Attorneys for Defendants

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date: June 19, 2006

Honorable Judge Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**CERTIFICATE OF SERVICE**

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action.  My business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, CA 94306.  On June 15, 2006, I caused copies of the attached document(s) described as follows:

**STIPULATION REQUESTING CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE TO OCTOBER 13, 2006**

to be served on:

> Matthew L. Kabak, SBN 212505
> Law Offices of Matthew L. Kabak
> One Embarcadero Center 12th Fl.
> San Francisco, CA  94111
> matt@mattkabak.com

\_\_\_\_     (BY OVERNIGHT DELIVERY)  I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California.  I am readily familiar with the practice of Morgan Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

  **X**   (BY FIRST CLASS MAIL)  I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California.  I am readily familiar with the practice of Morgan Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

\_\_\_\_     (BY PERSONAL SERVICE)  The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

\_\_\_\_     (BY FACSIMILE)  The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

\_\_\_\_     (BY ELECTRONIC MAIL)  The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California, on March 15, 2006.

> \_\_\_\_/s/ Colette Aragon_____
> Colette Aragon