MATTHEW L. KABAK, SBN 212505
**LAW OFFICES OF MATTHEW L. KABAK**
One Embarcadero Center, 12th Fl.
San Francisco, California 94111
Telephone: (415) 732-3734
Facsimile:  (415) 732-3730
Email: matt@mattkabak.com

Attorney for Defendants:
CONWAYCORPORATION.COM, CONWAYCENTRAL.COM,
CONWAYCENTRALEXPRESS.COM, AND
MENLOWORLDWIDEFORWARDING.COM

ANDREW GRAY IV, SBN 202137
BRUNO TARABICHI, SBN 215129
**MORGAN, LEWIS & BOCKIUS, LLP**
2 Palo Alto Square
3000 El Camino Real, Ste. 700
Palo Alto, CA 94306-2212
Telephone: (650) 843-4000
Facsimile:  (650) 843-4001

Attorneys for Plaintiff
CNF Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CNF Inc., | Case No.: C 05 03236-CRB |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS TO MARCH 2, 2007; AND [PROPOSED] ORDER** |
| vs. | |
| CONWAYCORPORATION.COM, CONWAYCENTRAL.COM, CONWAYCENTRALEXPRESS.COM, AND MENLOWORLDWIDEFORWARDING.COM | Date: October 27, 2006
Time: 10:00 a.m.
Courtroom 8, 19th Fl. |
| Defendants. | The Honorable Judge Charles R. Breyer |

1  Plaintiff CNF, Inc. and Defendants CONWAYCORPORATION.COM,
2 CONWAYCENTRAL.COM, CONWAYCENTRALEXPRESS.COM, and
3 MENLOWORLDWIDEFORWARDING.COM, by their attorneys, and pursuant to Civil Local
4 Rules 6-1 and 7-7(a), herewith stipulate to continue the hearing on Defendants' motion to
5 dismiss from October 27, 2006 at 10:00 a.m. to **March 2, 2007 at 10:00 a.m**. In this regard, this
6 stipulation continuing the hearing date is being filed prior to the date on which Plaintiff's
7 opposition is due.

8  Good cause exists for this continuance request as the parties have agreed in principle
9 to a settlement of the matter and need the additional time to finalize a written agreement, which,
10 if completed, will obviate the need for a hearing on Defendants' motion to dismiss.

11 DATED: September 28, 2006

12                                         LAW OFFICES OF MATTHEW L. KABAK

14                                         By:___/s/_____
                                               Matthew L. Kabak
15                                             One Embarcadero Center, 12th Fl.
                                               San Francisco, CA 94111
16                                             Tel.: 415-732-3734
                                                Fax:  415-732-3730

17                                         Attorney for Defendants:
                                           CONWAYCORPORATION.COM,
18                                         CONWAYCENTRAL.COM,
                                           CONWAYCENTRALEXPRESS.COM, AND
19                                         MENLOWORLDWIDEFORWARDING.COM
   DATED: September 28, 2006
20                                         MORGAN, LEWIS & BOCKIUS, LLP

22                                         By:____/s/_____
                                               Bruno Tarabichi
23                                             3000 El Camino Real, Ste. 700
                                               Palo Alto, CA 94306-2212
24                                             Tel.: 650-843-4000
                                               Fax : 650-843-4001

25                                         Attorneys for Plaintiff, CNF Inc.

2
STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS
CASE NO. C-05 03236-CRB

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED

2  Dated: September 29 , 2006               _____
                                             HONORABLE JUDGE CHARLES R. BREYER



STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS
CASE NO. C-05 03236-CRB