| | |
|---|---|
| 1 | ANDREW J. GRAY IV (CA Bar No. 202137) |
| | BRUNO TARABICHI (CA Bar No. 215129) |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | 2 Palo Alto Square |
| 3 | 3000 El Camino Real, Suite 700 |
| | Palo Alto, CA  94306-2212 |
| 4 | Tel:  650.843.4000 |
| | Fax:  650.843.4001 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Con-way Inc. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Con-way Inc., | |
| Plaintiff, | Case No. C 05 03236 CRB |
| vs. | **STIPULATION REQUESTING CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE TO MAY 11, 2007** |
| Manila Industries, Inc. and Texas International Property Associates, | |
| Defendants. | |

Pursuant to Local Rules 7-12 and 16-2(d), IT IS HEREBY STIPULATED AND AGREED, by and between the parties' undersigned counsel, subject to the Court's approval, that the Initial Case Management Conference be continued from February 9, 2007 at 8:30 a.m. to May 11, 2007 and that the Joint Case Management Statement be due ten days before the May 11, 2007 Case Management Conference.

Good cause exists for the continuance request as an Amended Complaint has been recently filed, the time for Defendants to answer the Amended Complaint has not yet expired, Defendant Manila Industries' previous counsel has withdrawn and this matter has been reassigned to new counsel, and Plaintiff and Defendant Manila Industries have agreed in principle to a settlement of the matter and need the additional time to finalize a written agreement, which, if completed, will obviate the need for a Case Management Conference.  Plaintiff's counsel has also

advised Defendant Texas International Property Associates' counsel of the instant stipulation.

Dated: February 1, 2007                    MORGAN, LEWIS & BOCKIUS LLP

                                           By   /s/ Bruno Tarabichi
                                               Andrew J. Gray
                                               Bruno Tarabichi
                                               Attorneys for Plaintiff
                                               CNF Inc.

Dated: February 1, 2007                    LAW OFFICES OF MATTHEW L. KABAK

                                           By   /s/ Matthew L. Kabak
                                               Matthew L. Kabak
                                               Attorneys for Defendants

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Date:  Feb. 02, 2007

                                           Honorable Judge Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA