1  MATTHEW L. KABAK, SBN 212505
   **LAW OFFICES OF MATTHEW L. KABAK**
2  One Embarcadero Center, 12th Fl.
3  San Francisco, California 94111
   Telephone: (415) 732-3734
4  Facsimile:  (415) 732-3730
   Email: matt@mattkabak.com
5
6  Attorney for Defendant:
   Manila Industries, Inc.
7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                     **SAN FRANCISCO DIVISION**

12
   Con-way, Inc.,                              Case No.: C 05 03236-CRB
13
                      Plaintiff,               **STIPULATION TO ENLARGE TIME TO**
14                                             **ANSWER PLAINTIFF'S FIRST**
       vs.                                     **AMENDED COMPLAINT**
15
   Manila Industries, Inc. and Texas International
16 Property Associates,
17
                      Defendants.
18

19         Plaintiff Con-Way , Inc. and Defendant Manila Industries, Inc., by their attorneys,

20 hereby stipulate and agree, pursuant to Local Rule 6-1(a), that that Defendant Manila Industries,

21 Inc. shall have until and including March 16, 2007 to file its Answer to Plaintiff's First Amended

22 Complaint.  The parties stipulate and agree that Manila Industries shall file only an Answer, and

23 not a Motion under Fed. R. Civ. P. 12 or to dismiss, stay, or transfer.

24

25

                                            1

1   DATED: February 14, 2007

2                        LAW OFFICES OF MATTHEW L. KABAK

3

4                      By:___/s/_Matthew L. Kabak_____
                          Matthew L. Kabak

5                          One Embarcadero Center, 12th Fl.
                          San Francisco, CA 94111

6                          Tel.: 415-732-3734
                          Fax:  415-732-3730

7

8                          Attorney for Defendant:
                          Manila Industries, Inc.

   DATED: February 14, 2007

9                        MORGAN, LEWIS & BOCKIUS, LLP

10

11                     By:____/s/___ Bruno Tarabichi_____
                       Bruno Tarabichi

12                      3000 El Camino Real, Ste. 700
                      Palo Alto, CA 94306-2212

13                      Tel.: 650-843-4000
                      Fax : 650-843-4001

14

                      Attorneys for Plaintiff, Con-way, Inc.
15

16

17                      February 15, 2006

18

19

20

21

22

23

24

25

                              2