MATTHEW L. KABAK, SBN 212505
**LAW OFFICES OF MATTHEW L. KABAK**
One Embarcadero Center, 12th Fl.
San Francisco, California 94111
Telephone: (415) 732-3734
Facsimile:  (415) 732-3730
Email: matt@mattkabak.com

Attorney for Defendant:
Manila Industries, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Con-way, Inc.,<br><br>            Plaintiff,<br><br>  vs.<br><br>Manila Industries, Inc. and Texas International Property Associates,<br><br>            Defendants. | Case No.: C 05 03236-CRB<br><br>**STIPULATION TO ENLARGE TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** |

     Plaintiff Con-Way, Inc. and Defendant Manila Industries, Inc., by their attorneys, hereby stipulate and agree, pursuant to Local Rule 6-1(a), that that Defendant Manila Industries, Inc. shall have until and including April 16, 2007 to file its Answer to Plaintiff's First Amended Complaint.  The parties stipulate and agree that Manila Industries shall file only an Answer, and not a Motion under Fed. R. Civ. P. 12 or to dismiss, stay, or transfer.

1  DATED: March 9, 2007

2                                    LAW OFFICES OF MATTHEW L. KABAK

3

4                                    By:___/s/_Matthew L. Kabak_____
                                        Matthew L. Kabak
5                                       One Embarcadero Center, 12th Fl.
                                        San Francisco, CA 94111
                                        Tel.: 415-732-3734
6                                        Fax:  415-732-3730

7                                       Attorney for Defendant:
                                        Manila Industries, Inc.
8
   DATED: March 9, 2007
9                                    MORGAN, LEWIS & BOCKIUS, LLP

10

11                                   By:____/s/___ Bruno Tarabichi_____
                                        Bruno Tarabichi
12                                      3000 El Camino Real, Ste. 700
                                        Palo Alto, CA 94306-2212
                                        Tel.: 650-843-4000
13                                      Fax : 650-843-4001

14                                      Attorneys for Plaintiff, Con-way, Inc.

15

16

17

18   IT IS SO ORDERED                 March 15, 2007

19   [Signature]

20   Judge Charles R. Breyer

21

22

23

24

25

                                      2
STIPULATION TO ENLARGE TIME TO ANSWER PLAINTIFF'S FAC
CASE NO. C-05 03236-CRB