1  ANDREW J. GRAY IV (CA Bar No. 202137)
   BRUNO TARABICHI (CA Bar No. 215129)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2212
4  Tel:  650.843.4000
   Fax:  650.843.4001
5
   Attorneys for Plaintiff
6  Con-way Inc.

7

8  # UNITED STATES DISTRICT COURT

9  ## NORTHERN DISTRICT OF CALIFORNIA

10

11 Con-way Inc.,

12          Plaintiff,                    Case No. C 05 03236 CRB

13      vs.                               [PROPOSED] ORDER TRANSFERRING
                                          DOMAIN NAMES TO A REGISTRAR OF
14 Manila Industries, Inc. and Texas     CON-WAY INC.'S CHOOSING
   International Property Associates,
15
            Defendants.
16

17

18 IT IS ORDERED, ADJUDGED AND DECREED THAT:

19     Verisign, Inc., the domain name registry for the domain names listed in Exhibit A attached

20 hereto, shall change the registrar of record for such domain names from the current registrar to

21 Network Solutions, LLC, who will subsequently transfer ownership of and register the domain

22 names to Con-way Inc.

23

24

25 Dated:  May 25, 2007

26                                        _____
                                          The Honorable
27                                        United States

28

1-PA/3643529.1                                                              [PROPOSED] ORDER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

# EXHIBIT A
# TO ORDER TRANSFERRING DOMAIN NAMES TO A REGISTRAR OF CON-WAY INC.'S CHOOSING

CONWAYFREIGHTLINES.COM
CONWAYCORPORATION.COM
CON-WAYCENTRAL.COM
CON-WAYCENTRALEXPRESS.COM
MENLOWORLDWIDEFORWARDING.COM
WWWCCX.COM
CON-WAYJOBS.COM
CON-WAYSOUTHERN.COM
CON-WAYWESTERNEXPRESS.COM
CONWAYWEST.COM
CWXTRUCKING.COM
MENLOEMERY.COM
INTERNATIONALEXPRES.COM
COEEXPRESS.COM
GMANSITE.COM
RIV-HR.COM
SENTRYTOGO.COM