ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff
Con-way Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Con-way Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Manila Industries, Inc. and Texas International Property Associates, <br><br> Defendants. | Case No. C 05 03236 CRB <br><br> **STIPULATION REQUESTING CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE TO JUNE 22, 2007** |

Pursuant to Local Rules 7-12 and 16-2(d), IT IS HEREBY STIPULATED AND AGREED, by and between the parties' undersigned counsel, subject to the Court's approval, that the Case Management Conference be continued from June 8, 2007 at 8:30 a.m. to June 22, 2007.

In this regard, the Court held a Case Management Conference on May 11, 2007 at which the parties agreed to stipulate to an order transferring the domain names at issue in this litigation and the Court set a follow-up Case Management Conference on June 8, 2007 to discuss the status of the transfer of the domain names. On May 25, 2007, the Court executed an Order, pursuant to a stipulation between the parties, directing VeriSign to transfer the domain names at issue to Plaintiff Con-way's registrar, Network Solutions.

Good cause exists for the continuance request because, based on recent conversations with VeriSign and Network Solutions, the domain names are in the process of being transferred and

1  should be transferred by the end of this week.  Furthermore, the parties have executed a
2  settlement agreement that is contingent upon the transfer of the domain names.  As it appears
3  likely that the domain names will be transferred by the end of this week, the undersigned parties
4  anticipate resolving and dismissing this litigation next week, which will obviate the need for a
5  Case Management Conference.

6  Dated: June 6, 2007                                     MORGAN, LEWIS & BOCKIUS LLP

8                                                                        By    /s/ Bruno W. Tarabichi
9                                                                              Andrew J. Gray
                                                                               Bruno W. Tarabichi
                                                                               Attorneys for Plaintiff
10                                                                             Con-way Inc.

12  Dated: June 6, 2007                                    LAW OFFICES OF MATTHEW L. KABAK

14                                                                       By    /s/ Matthew L. Kabak
                                                                               Matthew L. Kabak
15                                                                             Attorneys for Manila Industries, Inc.

16  PURSUANT TO THE STIPULATION, IT IS SO ORDERED

17  Date:    06/08/07
18                                                                       Honorable Judge Charles R. Breyer

*Judge Charles R. Breyer* — United States District Court, Northern District of California (seal)

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                               /s/ Bruno W. Tarabichi  
                                                                 Bruno W. Tarabichi