1 | ANDREW J. GRAY IV (CA Bar No. 202137)
2 | BRUNO TARABICHI (CA Bar No. 215129)
  | MORGAN, LEWIS & BOCKIUS LLP
3 | 2 Palo Alto Square
  | 3000 El Camino Real, Suite 700
4 | Palo Alto, CA  94306-2212
  | Tel:  650.843.4000
5 | Fax:  650.843.4001

6 | Attorneys for Plaintiff
  | Con-way Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Con-way Inc.,

        Plaintiff,

        vs.

Manila Industries, Inc. and Texas International Property Associates,

        Defendants.

Case No. C 05 03236

**STIPULATED DISMISSAL PURSUANT TO FRCP 41(a)(1)**

Pursuant to Fed. R. Civ. P. 41(a)(1), IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Con-way's and Defendant Manila Industries' undersigned counsel, that the above-captioned action is dismissed and that each party shall bear its own costs, expenses, and attorneys' fees.  Con-way and Manila Industries note that Texas International Property Associates has not appeared in this action, and, therefore, its signature is not required for the instant stipulation.

//

//

//

1-PA/3649754.1          STIPULATED DISMISSAL

| | |
|---|---|
| Dated: June 19, 2007 | MORGAN, LEWIS & BOCKIUS LLP |
| | By  /s/ Bruno Tarabichi |
| | Andrew J. Gray |
| | Bruno Tarabichi |
| | Attorneys for Plaintiff |
| | Con-way Inc. |
| | |
| Dated: June 19, 2007 | LAW OFFICES OF MATTHEW L. KABAK |
| | By  /s/ Matthew L. Kabak |
| | Matthew L. Kabak |
| | Attorneys for Manila Industries, Inc. |

Pursuant to stipulation it is so ordered.

Signed: June 20, 2007

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA